USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/3/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, on behalf of itself and all others similarly situated,

Plaintiff,

v.

MORGAN STANLEY & CO. INCORPORATED and MORGAN STANLEY & CO. INTERNATIONAL LIMITED,

Defendants.

09 Civ. 10532(BSJ)(THK)

**Order**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

In its September 30, 2011 Memorandum and Order granting Defendants' motion to dismiss (Dkt. 37), the Court granted Plaintiff leave to file a motion seeking leave to file an amended complaint no later than thirty days from the date of the Memorandum and Order. Plaintiff failed to do so. Accordingly, this action is DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

**SO ORDERED:**

Barbara S. Jones

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
Nov 3, 2011